```
1  BRIAN E. CLAYPOOL, SBN 134674
   THE CLAYPOOL LAW FIRM
2  1055 E. Colorado Blvd., 5th Floor
   Pasadena, California 91106
3  becesq@aol.com
   Telephone:  (626) 240-4616
4  Facsimile:  (626) 240-4617

5  STEPHEN R. GOOSTREY, SBN 112981
   216 N. Glendora Avenue, Suite 200
6  Glendora, California 91741
   sgoostrey@gglawla.com
7  Telephone:  (626) 610-4336
   Facsimile:  (626) 610-4337

8  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON MILLER, individually,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF DEL NORTE; COUNTY OF DEL NORTE SHERIFF DEPARTMENT; COUNTY OF DEL NORTE SHERIFF DEPARTMENT JAIL COMMANDER BILL STEVEN; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV 11-00474 CRB<br><br>**PLAINTIFF'S REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT OCTOBER 7, 2011 CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER**<br><br>DATE: October 7, 2011<br>TIME: 8:30 a.m.<br>COURTROOM:<br>Courtroom 8, 15th Floor |

**TO THE COURT AND TO DEFENDANTS AND THEIR COUNSEL OF RECORD:**

A Case Management Conference is scheduled for the above-entitled Court for October 7, 2011, at 8:30 a.m., at the District Court located at 450 Golden Gate Avenue, San Francisco, CA.

The law offices of counsel for the Plaintiff is located in Pasadena and

Glendora, California, several hundred miles from the Federal Courthouse in San Francisco.

Should Plaintiff's counsel be required to appear in person for the above Case Management Conference, it would impose substantial costs, expense, hardship upon Plaintiff and cause great inconvenience to Plaintiff's counsel. Further, at the August 5, 2011, Case Management Conference in this action, the Court stated that counsel for both parties could appear telephonically at the October 7, 2011 Case Management Conference.

Therefore, Plaintiff and his counsel respectfully request that his attorneys Brian E. Claypool and Stephen R. Goostrey be allowed to appear by telephone for the scheduled Case Management Conference. Plaintiff's counsel will both be available to be on standby from 8:00 a.m. on October 7, 2011, until the call is received from the Court regarding the above Case Management Conference. Plaintiff's counsel can be reached the morning of October 7, 2011 at (626) 914-7098.

DATED: September 23, 2011                    GUSTAFSON & GOOSTREY, LLP


By: /s/ Stephen R. Goostrey
Stephen R. Goostrey
Attorneys for Plaintiff

-2-
PLAINTIFF'S REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT OCTOBER 7, 2011 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

## [~~PROPOSED~~] ORDER

**IT IS HEREBY ORDERED.**

Dated: September 30, 2011



-3-