John M. Vrieze, CSB #115397
William F. Mitchell, CSB #159831
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON MILLER, individually, | CASE NO.: CV 11-0474 CRB |
| Plaintiff, | **REQUEST FOR APPEARANCE BY TELEPHONE AND PROPOSED ORDER** |
| vs. | |
| COUNTY OF DEL NORTE, COUNTY OF DEL NORTE SHERIFF DEPARTMENT, JAIL COMMANDER BILL STEVEN, et al., | **DATE: March 2, 2012**<br>**TIME: 8:30 a.m.**<br>**Courtroom 8, 15th Floor** |
| Defendants. | |

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1
**REQUEST FOR APPEARANCE BY TELEPHONE; PROPOSED ORDER**

1   A Case management Conference is scheduled for the above-entitled Court for
2   March 2, 2012, at 8:30 a.m. at the District Court located at 450 Golden Gate Avenue, San
3   Francisco, CA.
4   The law office of counsel for the defendants is located in Eureka, California, more
5   than 250 miles from the Federal Courthouse.  Should counsel be required to appear in
6   person for the above Case Management Conference, it would impose substantial costs,
7   expense, hardship and inconvenience.  Furthermore, defendants' attorney, John Vrieze, is
8   scheduled to be at seminar in Los Angeles on March 2, 2012, and flight and hotel
9   reservations have already been made.
10  Due to the foregoing, defendants requests that attorney John M. Vrieze be allowed
11  to appear by telephone for the scheduled Case Management Conference.  Counsel is
12  available to be on standby from 8:30 a.m. on March 2, 2012, until the call is received
13  from the Court regarding the above Case Management Conference.  Counsel can be
14  reached the morning of March 2, 2012 at 707-498-5313.

DATED: February 27, 2012    MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

By: /s/ John M. Vrieze
    John M. Vrieze
    Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

Dated: Feb. 29, 2012

_____
District Judge Charles R. Breyer

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

**REQUEST FOR APPEARANCE BY TELEPHONE; PROPOSED ORDER**