1   John M. Vrieze, CSB #115397
    William F. Mitchell, CSB #159831
2   MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
    Attorneys at Law
3   814 Seventh Street
    P. O. Drawer 1008
4   Eureka, CA  95502
    Tel:  (707) 443-5643
5   Fax: (707) 444-9586

6   Attorneys for Defendants

7

8                        UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  JON MILLER, individually,              CASE NO.: CV 11-0474 CRB

12            Plaintiff,                    **REQUEST FOR APPEARANCE BY**
                                            **TELEPHONE AND PROPOSED**
13         vs.                              **ORDER**

14  COUNTY OF DEL NORTE, COUNTY            **DATE: June 8, 2012**
    OF DEL NORTE SHERIFF                   **TIME: 8:30 a.m.**
15  DEPARTMENT, JAIL COMMANDER             **Courtroom 8, 15th Floor**
    BILL STEVEN, et al.,
16
17            Defendants.
18
    _____
19
20
21
22
23
24
25
26

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

0

REQUEST FOR APPEARANCE BY TELEPHONE; PROPOSED ORDER

1    A Case Management Conference is scheduled for the above-entitled Court for

2  June 8, 2012, at 8:30 a.m. at the District Court located at 450 Golden Gate Avenue, San

3  Francisco, CA.

4    The law office of counsel for the defendants is located in Eureka, California, more

5  than 250 miles from the Federal Courthouse.  Should counsel be required to appear in

6  person for the above Case Management Conference, it would impose substantial costs,

7  expense, hardship and inconvenience.  Furthermore, defendants' attorney, John Vrieze, is

8  scheduled to be at seminar for the Association of Defense Counsel in Reno, NV on June

9  8, 2012, and flight and hotel reservations have already been made.

10    Due to the foregoing, defendants requests that attorney John M. Vrieze be allowed

11 to appear by telephone for the scheduled Case Management Conference.  Counsel is

12 available to be on standby from 8:30 a.m. on June 8, 2012, until the call is received from

13 the Court regarding the above Case Management Conference.  Counsel can be reached

14 the morning of June 8, 2012 at 707-498-5313.

15

16 DATED:  May 21, 2012              MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

17

18                                   By:   /s/ John M. Vrieze
                                         John M. Vrieze
19                                       Attorneys for Defendants

20

21                                   **ORDER**

22 IT IS SO ORDERED.

23

24 Dated:   May 25, 2012 _____
                                    _____
                                    District Judge ... Judge Charles R. Breyer

25

26

1

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502