John M. Vrieze, CSB #115397
William F. Mitchell, CSB #159831
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON MILLER, individually,<br><br>  Plaintiff,<br>vs.<br><br>COUNTY OF DEL NORTE, COUNTY OF DEL NORTE SHERIFF DEPARTMENT, JAIL COMMANDER BILL STEVEN, et al.,<br><br>  Defendants. | CASE NO.: CV 11-0474 CRB<br><br>**REQUEST FOR APPEARANCE BY TELEPHONE AND PROPOSED ORDER**<br><br>**DATE: June 8, 2012**<br>**TIME: 8:30 a.m.**<br>**Courtroom 8, 15th Floor** |

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

0

**REQUEST FOR APPEARANCE BY TELEPHONE; PROPOSED ORDER**

1  A Case Management Conference is scheduled for the above-entitled Court for
2  June 8, 2012, at 8:30 a.m. at the District Court located at 450 Golden Gate Avenue, San
3  Francisco, CA.
4  The law office of counsel for the defendants is located in Eureka, California, more
5  than 250 miles from the Federal Courthouse.  Should counsel be required to appear in
6  person for the above Case Management Conference, it would impose substantial costs,
7  expense, hardship and inconvenience.  Furthermore, defendants' attorney, John Vrieze, is
8  scheduled to be at seminar for the Association of Defense Counsel in Reno, NV on June
9  8, 2012, and flight and hotel reservations have already been made.
10  Due to the foregoing, defendants requests that attorney John M. Vrieze be allowed
11  to appear by telephone for the scheduled Case Management Conference.  Counsel is
12  available to be on standby from 8:30 a.m. on June 8, 2012, until the call is received from
13  the Court regarding the above Case Management Conference.  Counsel can be reached
14  the morning of June 8, 2012 at 707-498-5313.

DATED:  May 21, 2012            MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

By:   /s/ John M. Vrieze
      John M. Vrieze
      Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

Dated:  __May 25, 2012__                    _____
                                            District Judge Charles R. Breyer

*IT IS SO ORDERED* — Judge Charles R. Breyer

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

**REQUEST FOR APPEARANCE BY TELEPHONE; PROPOSED ORDER**