1   John M. Vrieze, CSB #115397
    William F. Mitchell, CSB #159831
2   MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
    Attorneys at Law
3   814 Seventh Street
    P. O. Drawer 1008
4   Eureka, CA  95502
    Tel:  (707) 443-5643
5   Fax: (707) 444-9586

6   Attorneys for Defendants

7

8                          UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  JON MILLER, individually,                  CASE NO.: CV 11-0474 CRB

12              Plaintiff,                      **REQUEST FOR APPEARANCE
                                                BY TELEPHONE AND
13       vs.                                    PROPOSED ORDER**

14  COUNTY OF DEL NORTE, COUNTY                 **DATE: August 3, 2012
    OF DEL NORTE SHERIFF                        TIME: 8:30 a.m.**
15  DEPARTMENT, JAIL COMMANDER                  **Courtroom 8, 15th Floor**
    BILL STEVEN, et al.,
16

17              Defendants.

18  _____

19

20

21

22

23

24

25

26

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

0

REQUEST FOR APPEARANCE BY TELEPHONE; PROPOSED ORDER

1    A Case Management Conference is scheduled for the above-entitled Court for

2  August 3, 2012, at 8:30 a.m. at the District Court located at 450 Golden Gate Avenue,

3  San Francisco, CA.

4    The law office of counsel for the defendants is located in Eureka, California, more

5  than 250 miles from the Federal Courthouse.  Should counsel be required to appear in

6  person for the above Case Management Conference, it would impose substantial costs,

7  expense, hardship and inconvenience.  Furthermore, defendants' attorney, John Vrieze, is

8  scheduled to be in mediation in San Francisco for a different matter during the morning

9  on August 3, 2012.

10    Due to the foregoing, defendants requests that attorney John M. Vrieze be allowed

11 to appear by telephone for the scheduled Case Management Conference.  Counsel is

12 available to be on standby from 8:30 a.m. on August 3, 2012, until the call is received

13 from the Court regarding the above Case Management Conference.  Counsel can be

14 reached the morning of August 3, 2012 at 707-498-5313.

15

16 DATED:  July 26, 2012          MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

17

18                               By:   /s/ John M. Vrieze
                                        John M. Vrieze
19                                      Attorneys for Defendants

20

21                                  **ORDER**

22 IT IS SO ORDERED.

23

24 Dated:  _July 30, 2012_____          Dis[                          ]r

25

26



MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

**REQUEST FOR APPEARANCE BY TELEPHONE; PROPOSED ORDER**