John M. Vrieze, CSB #115397
William F. Mitchell, CSB #159831
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON MILLER, individually,<br><br>    Plaintiff,<br>vs.<br><br>COUNTY OF DEL NORTE, COUNTY OF DEL NORTE SHERIFF DEPARTMENT, JAIL COMMANDER BILL STEVEN, et al.,<br><br>    Defendants. | CASE NO.: CV 11-0474 CRB<br><br>**REQUEST FOR APPEARANCE BY TELEPHONE AND PROPOSED ORDER**<br><br>**DATE: August 3, 2012**<br>**TIME: 8:30 a.m.**<br>**Courtroom 8, 15th Floor** |

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

0

**REQUEST FOR APPEARANCE BY TELEPHONE; PROPOSED ORDER**

1  A Case Management Conference is scheduled for the above-entitled Court for
2  August 3, 2012, at 8:30 a.m. at the District Court located at 450 Golden Gate Avenue,
3  San Francisco, CA.

4  The law office of counsel for the defendants is located in Eureka, California, more
5  than 250 miles from the Federal Courthouse. Should counsel be required to appear in
6  person for the above Case Management Conference, it would impose substantial costs,
7  expense, hardship and inconvenience. Furthermore, defendants' attorney, John Vrieze, is
8  scheduled to be in mediation in San Francisco for a different matter during the morning
9  on August 3, 2012.

10 Due to the foregoing, defendants requests that attorney John M. Vrieze be allowed
11 to appear by telephone for the scheduled Case Management Conference. Counsel is
12 available to be on standby from 8:30 a.m. on August 3, 2012, until the call is received
13 from the Court regarding the above Case Management Conference. Counsel can be
14 reached the morning of August 3, 2012 at 707-498-5313.

15
16 DATED: July 26, 2012         MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
17
                                By:  /s/ John M. Vrieze
18                                   John M. Vrieze
19                                   Attorneys for Defendants
20
                                     **ORDER**
21
22 IT IS SO ORDERED.
23
24 Dated: _July 30, 2012_____       _____
25                                      District Judge Charles R. Breyer
26



MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

REQUEST FOR APPEARANCE BY TELEPHONE; PROPOSED ORDER