| | |
|---|---|
| 1 | John M. Vrieze, CSB #115397 |
| 2 | William F. Mitchell, CSB #159831<br>MITCHELL, BRISSO, DELANEY & VRIEZE, LLP |
| 3 | Attorneys at Law<br>814 Seventh Street |
| 4 | P. O. Drawer 1008<br>Eureka, CA  95502 |
| 5 | Tel:  (707) 443-5643<br>Fax: (707) 444-9586 |
| 6 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JON MILLER, individually, | | CASE NO.: CV 11-0474 CRB |
| Plaintiff, | | **STIPULATED ORDER OF DISMISSAL** |
| vs. | | |
| COUNTY OF DEL NORTE, COUNTY OF DEL NORTE SHERIFF DEPARTMENT; COUNTY OF DEL NORTE SHERRIFF DEPARTMENT JAIL COMMANDER BILL STEVEN; JIM PHILLIPS; DR. TIM NICELY; HOWARD CROY; RODNEY TOMASINI; and DOES 1-10, Inclusive. | | |
| Defendants. | | |

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

IT IS STIPULATED by and between plaintiff JON MILLER, by and through their attorneys, The Claypool Law Firm and GOOSTREY & GUSTAFSON, and the COUNTY OF DEL NORTE, CALIFORNIA, a political subdivision of the State of California, JAIL COMMANDER BILL STEVEN, an individual; JIM PHILLIPS, an individual; DR. TIM NICELY, an individual; HOWARD CROY, an individual; and RODNEY TOMASINI, an individual, by and through the Law Offices of Mitchell, Brisso, Delaney & Vrieze, LLP, subject to approval of the Court as follows:

1) All claims presented by the Complaint and Amended Complaints of plaintiff JON MILLER, in the above-entitled matter shall be dismissed with prejudice as to all parties pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;

2) All parties to bear their own costs and attorneys' fees.

DATED: 08/22/12

CLAYPOOL LAW FIRM
GOOSTREY & GUSTAFSON

By: _____
Brian Claypool
Stephen Goostrey
Attorneys for Plaintiff

DATED: 08/14/12

MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

By: _____
John M. Vrieze
Attorneys for Defendants

********************************

**IT IS SO ORDERED.**

DATED: Aug. 23, 2012

Honorable _____



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502